# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEBRASKA
# LINCOLN DIVISION

| | |
|---|---|
| In Re: | Case No. 19-40987-TLS |
| Terry Lee Guernsey<br>Kara Anne Guernsey | Chapter 7 |
| Debtors. | Chief Judge Thomas L. Saladino |

## REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

D. Anthony Sottile
Authorized Agent for Home Point Financial Corporation
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com


| Dated: June 11, 2019 | /s/ D. Anthony Sottile |
|---|---|
| | D. Anthony Sottile<br>Authorized Agent for Creditor<br>Sottile & Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140<br>Phone: 513.444.4100<br>Email: bankruptcy@sottileandbarile.com |

**CERTIFICATE OF SERVICE**

I certify that on June 11, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Paul W. Rea, Debtors' Counsel
    paulrealaw@gmail.com

    Brian S. Kruse, Chapter 7 Trustee
    C7Trustee@remboltlawfirm.com

    Office of the United States Trustee
    Ustpregion13.om.ecf@usdoj.gov

I further certify that on June 11, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Terry Lee Guernsey, Debtor
    7731 Holdrege ST
    Lincoln, NE 68505

    Kara Anne Guernsey, Debtor
    7731 Holdrege ST
    Lincoln, NE 68505

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com